IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LAMONT CARLOS PICKENS, ] | |
| ] | |
| Movant, ] | |
| ] | |
| vs. ] | CASE NO. 7:02-CR-0183-SLB-RRA |
| ] | |
| THE UNITED STATES OF AMERICA, ] | |
| ] | |
| Respondent. ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation, recommending that the movant's motion for a reduction in his sentence (Court Document 14), his request for a hearing (Court Document 16), and his motion to have his motion for a reduction in his sentence construed as a Rule 35 motion (Court Document 17) all be denied. Pickens has filed objections to the report and recommendation. The court has considered the entire file in this action, together with the report and recommendation and the objections, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

The motions for a reduction in sentence (Court Document 14), request for a hearing (Court Document 16), and motion to have his motion for a reduction in his sentence construed as a Rule 35 motion (Court Document 17) are due to be DENIED. An appropriate order will be entered.

Done this 17th day of September, 2012.

                                        _/s/ Sharon Lovelace Blackburn_
                                        SHARON LOVELACE BLACKBURN
                                        CHIEF UNITED STATES DISTRICT JUDGE